**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GARDEN FRESH DISTRIBUTION
SERVICE, INC.,
    Plaintiff,

vs.                                        CASE NO. 8:10-CIV-2756-T-17-MAP

LUCAS BROTHERS, INC., et al.,
    Defendants.
_____/

**ORDER**

    This cause is before the Court on the amended plaintiff's motion for interest, attorney's fees, and cost (Doc. 51). There has been not timely response filed. The Court finds the motion well-taken and adopts it by reference herein. Accordingly, it is

    **ORDERED** that the amended plaintiff's motion for interest, attorney's fees, and cost (Doc. 51) be **granted** and the plaintiff is awarded interest in the amount of $21,320.91 and attorney's fees and costs in the amount of $11,392.90 for a total of $32,713.81. The Clerk of Court shall enter judgment for the plaintiff.

    **DONE and ORDERED** in Chambers, in Tampa, Florida, this 20th day of September, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record