**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GARDEN FRESH DISTRIBUTION
SERVICE, INC.,
     Plaintiff,


vs.                                CASE NO. 8:10-CIV-2756-T-17-MAP


LUCAS BROTHERS, INC., et al.,
     Defendants.
_____/


**ORDER**

       This cause is before the Court on the intervening plaintiff's motion for interest, attorney's fees, and cost (Doc. 54). There has been no timely response filed. The Court finds the motion well-taken and adopts it by reference herein. Accordingly, it is

       **ORDERED** that the intervening plaintiff's motion for interest, attorney's fees, and cost (Doc. 54) be **granted** and the plaintiff is awarded interest in the amount of $19,113.00 and prejudgment interest, attorney's fees and costs in the amount of $6,137.89 for a total of $25.250.89. The Clerk of Court shall enter judgment for the intervening plaintiff and close this case.

       **DONE and ORDERED** in Chambers, in Tampa, Florida, this 5th day of October, 2011.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record